# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MELITON MORALES RUIZ,

      Petitioner,

      v.                                 Case No. 1:26-cv-00308 KWR-JMR


WARDEN, *Warden of the Torrance County Detention Center,*
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
MARY DE ANDA-YBARRA, *Field Office Director of the El Paso Field Office,*
PAMELA BONDI, *Attorney General of the United States,*
*and* KRISTI NOEM*, Secretary of the U.S. Department
of Homeland Security*,

      Respondents.

## ORDER DIRECTING RESPONSE

**THIS MATTER** comes before the Court on Petitioner's Motion to Enforce (Doc. 13). The Court granted Petitioner's habeas petition in part and ordered Respondents to provide Petitioner a bond hearing. Petitioner filed a Motion to Enforce the Court's judgment. Respondents have not filed a response to the Motion.

The Court directs Respondents to respond to the Motion within **fourteen (14) days** of the entry of this order. If Respondents fail to respond, the Court may grant the Motion.

**IT IS SO ORDERED.**

                                              _____/S/_____
                                              KEA W. RIGGS
                                            UNITED STATES DISTRICT JUDGE