## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MELITON MORALES RUIZ,

      Petitioner,

v.                                                           Case No. 1:26-cv-00308 KWR-JMR

WARDEN, *Torrance County Detention Center*,
TODD M. LYONS, *Acting Director of*
*Immigration And Customs Enforcement*,
MARY DE ANDA-YBARRA, *El Paso Field Office*
*Director for Detention and Removal,*
*U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

      Respondents.

### ORDER DISMISSING MOTION TO ENFORCE

THIS MATTER comes before the Court on Petitioner's Motion to Enforce Judgment (Doc. 13). The parties jointly filed a notice that Petitioner voluntarily departed the country and the motion to enforce is therefore moot.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Enforce (Doc. 13) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

 

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE